UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN MIRANDA,

        Plaintiff,

        v.

MICHAEL PARRINELO and JEAN GAFA,

        Defendants.
-------------------------------------------------------------------X

For Online Publication Only

**ORDER**
15–CV–955 (JMA) (AYS)

**FILED**
**CLERK**
8/16/2017 4:10 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Anne Y. Shields recommending that defendants' motion to dismiss be granted in its entirety with prejudice, and that plaintiff be denied leave to file an amended complaint. In reviewing a magistrate judge's report and recommendation, a court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

The R & R was issued on July 26, 2017. None of the parties have objected to the R & R, and the time for filing objections has passed. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Shields's R & R, in its entirety, as the opinion of the Court.

Accordingly, the Clerk of Court is directed to close this case.

1

**SO ORDERED.**

Dated: August 16, 2017
       Central Islip, New York

                                              /s/     JMA
                                JOAN M. AZRACK
                                UNITED STATES DISTRICT JUDGE